1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHEL W. HILL, Bar # 151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAVID W. EDWARDS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 1:08-mj-00274 DLB
                                  )
12              Plaintiff,        )   STIPULATION TO ADVANCE REVIEW
                                  )   HEARING; ORDER
13      v.                        )
                                  )
14 DAVID W. EDWARDS,              )   Date:  July 23, 2009
                                  )   Time:  10:00 A.M.
15              Defendant.        )   Judge: Hon. Gary S. Austin
                                  )
16 _____ )

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the review hearing in the above-captioned matter now scheduled

20 for September 24, 2009, **may be advanced to July 23, 2009 at 10:00 a.m.**

21      Defendant would like to request modification of his probation due to his recent job loss.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

|   |   |
|---|---|
| | LAWRENCE G. BROWN<br>Acting United States Attorney |
| DATED: July 7, 2009 | By  /s/ Laurel Jackson Montoya<br>LAUREL JACKSON MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 7, 2009 | By  /s/ Rachel W. Hill<br>RACHEL W. HILL<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAVID W. EDWARDS |

## ORDER

**IT IS SO ORDERED**. The Review Hearing in the above-referenced matter for defendant, David W. Edwards, now set for September 24, 2009, **is hereby advanced to July 23, 2009, at 10:00 a.m.**

DATED: July 9, 2009       /s/ Gary S. Austin
GARY S. AUSTIN, Magistrate Judge
United States District Court

Edwards, David W. - Stipulation to Advance
Review Hearing; Order       -2-